David J. Meister #70703
ISCI 9B 39A
PO Box 14
Boise, ID 83707

Petitioner, pro se.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID J. MEISTER, | ) |
| Petitioner, | ) Case No. 1:19-cv-00173-CWD |
| vs. | ) VERIFIED NOTICE OF SUBSTITUTION |
| TYRELL DAVIS, | ) OF RESPONDENT |
| Respondent. | ) |

COMES NOW David J. Meister, Petitioner pro se, and hereby submits this Verified Notice of Substitution of Responded, pursuant to Fed. R. Civ. P. 25(d), Habeas Rule 2(a), and this Court's Initial Review Order (Dkt. 8, p. 13).

Warden Alberto Ramirez, the Respondent herein, has retired as Warden of the Idaho State Correctional Institution, and therefore is no longer charged with the care and custody of Petitioner (who resides at I.S.C.I.), and could not effectuate any relief that could be ordered in this matter by the Court.

Warden TYRELL DAVIS recently succeeded Mr. Ramirez as Warden of the I.S.C.I. Warden DAVIS is therefore charged with the care and custody of Petitioner, and is appropriately substituted into this case as "Respondent."

DATED this 6 day of October 2021.

David J. Meister

VERIFIED NOTICE OF SUBSTITUTION OF RESPONDENT - 1

VERIFICATION

I, David J. Meister, hereby declare and verify under the penalty of perjury that the foregoing is true and correct.

DATED this 6 day of October 2021.

_David J. Meister_

CERTIFICATE OF SERVICE

I, David J. Meister, Hereby certify that on the below date I submitted the foregoing original document to the ~~I.S.C.I Resource Center Paralegal~~ I.S.C.I. Unit 9 Access to Courts Box for ECF filing with the Court and service on opposing counsel.

DATED this 6 day of October 2021.

_David J. Meister_