

**FILED**

AUG 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID JOSEPH MEISTER, <br><br> Petitioner-Appellant, <br><br> v. <br><br> TYRELL DAVIS, <br><br> Respondent-Appellee. | No. 22-35830 <br><br> D.C. No. 1:19-cv-00173-DKG <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: SCHROEDER and SANCHEZ, Circuit Judges.

Appellant's motion to file an oversized motion for reconsideration en banc (Docket Entry No. 6) is granted.

Appellant's motion for reconsideration en banc (Docket Entry No. 7) is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.

OSA162